IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Wilder, David

Printed: 02/24/09

Case Number: 06 B 10362
Judge: Wedoff, Eugene R
Filed: 8/23/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed - No Disch: January 30, 2009
Confirmed:  October 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,152.00 |  |
| Secured: |  | 1,053.47 |
| Unsecured: |  | 2,698.20 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,674.00 |
| Trustee Fee: |  | 383.54 |
| Other Funds: |  | 342.79 |
| Totals: | 7,152.00 | 7,152.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,674.00 | 2,674.00 |
| 2. | Dell Financial Services, Inc | Secured | 1,053.47 | 1,053.47 |
| 3. | ECast Settlement Corp | Unsecured | 1,076.99 | 1,076.99 |
| 4. | Aspire Visa | Unsecured | 558.26 | 558.26 |
| 5. | Fingerhut | Unsecured | 108.64 | 108.64 |
| 6. | Peoples Energy Corp | Unsecured | 954.31 | 954.31 |
| 7. | First Savings Credit Card | Unsecured |  | No Claim Filed |
| 8. | First Premier | Unsecured |  | No Claim Filed |
| 9. | SST CARD SERVICE | Unsecured |  | No Claim Filed |
| 10. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,425.67 | $ 6,425.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 73.24 |
| 5.4% | 165.98 |
| 6.5% | 98.03 |
| 6.6% | 46.29 |
|  | $ 383.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wilder, David | Case Number:  06 B 10362 |
| | Judge:  Wedoff, Eugene R |
| Printed: 02/24/09 | Filed:  8/23/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

*[signature]*